■ MERCHANTS CAPITAL ACCESS, LLC, Appellant-Respondent, v STARR SURPLUS LINES INSURANCE COMPANY et al., Respondents-Appellants, et al., Defendant. [979 NYS2d 550]—

Concur—Mazzarelli, J.P., Renwick, DeGrasse, Freedman and Feinman, JJ.